# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO PINEDA, | ) Case No. CV 12-2344 SJO (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| ROBERT TRIMBLE, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge.

June 13, 2012.
DATED: _____

*S. James Otero*
_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE