# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO PINEDA,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT TRIMBLE, Warden,<br><br>    Respondent. | Case No. CV 12-2344 SJO (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge.

    June 13, 2012.
DATED: _____

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE